**STATE of Missouri, Respondent,**

v.

**Kevin O. HURLEY, Appellant.**

**No. WD 34700.**

Missouri Court of Appeals,
Western District.

Feb. 14, 1984.

Joseph H. Locascio, Mimi Droll, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Robert L. Swearingen, Jefferson City, for respondent.

Before SHANGLER, P.J., and KENNEDY and LOWENSTEIN, JJ.

## ORDER

PER CURIAM:

This is a direct appeal from a jury conviction for robbery, first degree, in violation of Section 569.020 RSMo.1978.

No jurisprudential purpose would be served by written opinion.

Judgment affirmed. Rule 30.25(b).

All concur.

**Terrance K. THOMPSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 34701.**

Missouri Court of Appeals,
Western District.

Feb. 14, 1984.

James W. Fletcher, Public Defender, Sean D. O'Brien, Asst. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Dan J. Crawford, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, C.J., and DIXON and CLARK, JJ.

## ORDER

PER CURIAM:

Appeal from denial of motion to vacate conviction and sentence imposed pursuant to appellant's plea of guilty to robbery in the first degree. Section 569.020 RSMo 1978. Judgment affirmed. Rule 84.16(b).